UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALAN BERNARD WAY,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | Civil No.  2:14-cv-00119-LRS<br><br><br><br>ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, including further development of the record, a new hearing, and a new decision.

On remand, the Administrative Law Judge will: (1) further evaluate the medical opinion evidence pursuant to 20 CFR § 416.927 and Social Security Rulings (SSRs) 96-2p, 96-5p, and 96-6p; (2) evaluate Ms. Russell's opinion

pursuant to 20 CFR § 416.913(d) and SSR 06-03p; (3) reevaluate the claimant's subjective complaints pursuant 20 CFR § 416.929 and SSR 96-7p; (4) reassess the claimant's residual functional capacity pursuant to 20 CFR § 416.945 and SSRs 85-16 and 96-8p; (5) and if warranted, obtain supplemental evidence from a vocational expert evidence to clarify the effect of the assessed limitations on the occupational base.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

DATED this    14th    day of October, 2014.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR U. S. DISTRICT COURT JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA  98104-7075
Telephone:  (206) 615-3717
Fax:  (206) 615-2531
richard.rodriguez@ssa.gov

Page 2          ORDER - [2:14-cv-00119-LRS]